**Opinion issued February 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00764-CV

———————————

**BRITTNEY HUMPHRIES, Appellant**

**V.**

**MIRANDA DIAZ AND MELISSA SALAZAR, Appellees**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1202710**

---

## MEMORANDUM OPINION

Appellant, Brittney Humphries, has filed a notice of appeal from the trial court's September 25, 2023 order. Appellant has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order,

Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On November 9, 2023, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by December 11, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has failed to timely file her appellant's brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). The clerk's record in this appeal was filed on November 16, 2023, and on November 29, 2023, the court reporter notified the Court that no record was taken. Accordingly, appellant's brief was due to be filed on or before December 29, 2023. *See* TEX. R. APP. P. 38.6(a). Appellant did not file an appellant's brief.

On January 17, 2024, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond to the January 17, 2024 notice.

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.